**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

11

GARRETT DANIEL EKMAN,                         NO. C 06-00124 JW   PR

12

          Plaintiff(s),                  **ORDER OF DISMISSAL**

  v.

13

UNITED STATES GOVERNMENT,

14

          Defendant(s).

15

_____/

16      Plaintiff initiated this suit in January of 2006.  Prior to any further proceedings in the case,

17 Plaintiff filed a notice of dismissal on June 19, 2006.  Pursuant to the notice of dismissal, the case is

18 ordered DISMISSED.  Plaintiff's request for a refund of the $250 filing fee is DENIED.

19 Dated: August 14, 2006

_____

JAMES WARE

20 United States District Judge

21
22
23
24
25
26
27
28

Order of Dismissal
N:\JW Cases\06\06-124jw.dis.wpd

**United States District Court**

For the Northern District of California

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Garrett Daniel Ekman J-74094
California State Prison
Post Office Box 3461
4001 King Ave.
3A04-239
Corcoran, Ca 93212

**Dated: August 14, 2006**                    **Richard W. Wieking, Clerk**

**By:** _____
**Courtroom Deputy**

Order of Dismissal
N:\JW Cases\06\06-124jw.dis.wpd